IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TOM E. DALTON,<br>HAMILTON COUNTY, TEXAS,<br>HAMILTON COUNTY HOSPITAL<br>DISTRICT, and<br>HAMILTON INDEPENDENT SCHOOL<br>DISTRICT.<br><br>Defendants. | Case No.   6:25-CV-512 |

**COMPLAINT**

The United States of America, pursuant to 26 U.S.C. §§ 7401 and 7403, at the direction of a delegate of the Attorney General of the United States, and with the authorization and sanction of a delegate of the Secretary of the Treasury, brings this civil action to enforce the federal tax liens against certain real property titled to Tom E. Dalton for unpaid taxes owed by Joe C. Dalton, deceased.  For its complaint, the United States alleges as follows:

**Jurisdiction, Venue, and Parties**

1. Jurisdiction is conferred upon this district court pursuant to 26 U.S.C. §§ 7402(a) and 7403, and 28 U.S.C. §§ 1331, 1340, and 1345.

2. Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1396 because Tom E. Dalton resides within this district, the real property at issue is located within this district, or the liabilities arose in this district.

3. Plaintiff is the United States of America.

4. Defendant Tom E. Dalton resides in Hamilton County, Texas, within the jurisdiction of this Court and is the current title holder to real property against which the United States seeks to enforce tax liens for unpaid taxes of Joe C. Dalton.

5. Defendants Hamilton County Texas, Hamilton County Hospital District, and Hamilton County Independent School District (collectively "the Hamilton County Defendants" are named herein as defendants under 26 U.S.C. § 7403(b) because they may have liens against the subject real properties for unpaid real property ad valorem taxes.

## The Subject Properties

6. The title of the real properties upon which the United States seeks to enforce its federal tax liens is owned and held in the name of Defendant Tom E. Dalton, and consists of the land, along with all improvements, buildings, and appurtenances thereon, now known as 309 Poston Road, and 311 Poston Road, Hamilton, Texas, 76531 (collectively the "Real Properties) which are more fully described in the attached Exhibit 1.

7. The Real Properties include:

- Hamilton County Assessor Parcel Id. number 140630 consisting of approximately 3.0 acres;
- Hamilton County Assessor Parcel Id. number 15173 consisting of approximately 1.0 acre; and
- Hamilton County Assessor Parcel Id. number 15172 consisting of approximately 1.03 acres.

8. On October 4, 2019, at a time when Joe C. Dalton owed large amounts of unpaid federal taxes, Joe C. Dalton and his wife Wanda Dalton transferred the Real Properties to their son Tom E. Dalton by warranty deed reserving a life estate for Joe C. Dalton and Wanda Dalton. The

deed was recorded in the Hamilton County deed records on October 28, 2019. Tom E. Dalton did not purchase of the Real Properties for adequate and full consideration in money or money's worth.

9. Approximately 5 months later, on or about March 20, 2020, Joe C. Dalton died.

10. On or about January 18, 2024, Wanda Dalton died.

11. Upon the death of Wanda Dalton, Tom E. Dalton became the sole owner of the Real Properties subject to any liens for unpaid taxes owed by Joe C. Dalton.

### Count 1:  Enforcement of Federal Tax Liens

12. On the following dates, a delegate of the Secretary of the Treasury made the following assessments against Joe C. Dalton d/b/a/ Dalton Drilling and Service for federal unemployment taxes (Form 940) and federal employment taxes (Form 941) taxes and penalties for the following periods and in the following amounts (collectively, the "Tax Liabilities") which have balances due with accruals and costs as of October 30, 2025, as follows:

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 10/30/2025 with interest |
|---|---|---|---|---|
| Form 940 12/31/2011 | 11/09/2015 | Tax | $11,052.04 | $32,595.59 |
| | 11/09/2015 | Late Filing Penalty | 2,486.71 | |
| | 11/09/2015 | Deposit Penalty | 1,105.20 | |
| | 11/09/2015 | Late Payment Penalty | 2,541.97 | |
| | 12/14/2015 | Deposit Penalty | 552.60 | |
| | 12/14/2015 | Late Payment Penalty | 55.18 | |
| | 09/19/2016 | Late Payment Penalty | 165.78 | |
| Form 940 12/31/2014 | 11/09/2015 | Tax | $4,255.61 | $11,632.39 |
| | 11/09/2015 | Late Filing Penalty | 957.51 | |
| | 11/09/2015 | Deposit Penalty | 425.56 | |
| | 11/09/2015 | Late Payment Penalty | 212.78 | |
| | 12/14/2015 | Deposit Penalty | 212.78 | |
| | 12/14/2015 | Late Payment Penalty | 21.28 | |
| | 09/19/2016 | Late Payment Penalty | 255.34 | |
| | 10/09/2017 | Late Payment Penalty | 553.23 | |
| | 10/11/2021 | Late Payment Penalty | 21.28 | |

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 10/30/2025 with interest |
|---|---|---|---|---|
| Form 941 06/30/2014 | 11/09/2015 | Tax | $6,183.87 | $17,129.15 |
|  | 11/09/2015 | Late Filing Penalty | 1,391.37 |  |
|  | 11/09/2015 | Deposit Penalty | 618.39 |  |
|  | 11/09/2015 | Late Payment Penalty | 494.71 |  |
|  | 12/14/2015 | Deposit Penalty | 309.19 |  |
|  | 12/14/2015 | Late Payment Penalty | 30.92 |  |
|  | 09/19/2016 | Late Payment Penalty | 371.04 |  |
|  | 10/09/2017 | Late Payment Penalty | 649.30 |  |
| Form 941 09/30/2014 | 11/09/2015 | Tax | $6,334.69 | $17,434.68 |
|  | 11/09/2015 | Late Filing Penalty | 1,425.31 |  |
|  | 11/09/2015 | Deposit Penalty | 633.47 |  |
|  | 11/09/2015 | Late Payment Penalty | 411.75 |  |
|  | 12/14/2015 | Deposit Penalty | 316.73 |  |
|  | 12/14/2015 | Late Payment Penalty | 31.68 |  |
|  | 09/19/2016 | Late Payment Penalty | 380.08 |  |
|  | 10/09/2017 | Late Payment Penalty | 760.16 |  |
| Form 941 12/31/2014 | 11/09/2015 | Tax | $6,485.52 | $17,727.63 |
|  | 11/09/2015 | Late Filing Penalty | 1,459.24 |  |
|  | 11/09/2015 | Deposit Penalty | 648.54 |  |
|  | 11/09/2015 | Late Payment Penalty | 324.28 |  |
|  | 12/14/2015 | Deposit Penalty | 324.28 |  |
|  | 12/14/2015 | Late Payment Penalty | 32.42 |  |
|  | 09/19/2016 | Late Payment Penalty | 389.14 |  |
|  | 10/09/2017 | Late Payment Penalty | 843.11 |  |
|  | 10/11/2021 | Late Payment Penalty | 32.43 |  |
| Form 941 03/30/2015 | 11/09/2015 | Tax | $6,636.35 | $14,925.35 |
|  | 11/09/2015 | Late Filing Penalty | 1,237.60 |  |
|  | 11/09/2015 | Deposit Penalty | 493.24 |  |
|  | 11/09/2015 | Late Payment Penalty | 232.27 |  |
|  | 12/14/2015 | Deposit Penalty | 331.80 |  |
|  | 12/14/2015 | Late Payment Penalty | 33.18 |  |
|  | 05/09/2016 | Late Payment Penalty | 92.08 |  |
|  | 09/19/2016 | Late Payment Penalty | 192.51 |  |
|  | 10/09/2017 | Late Payment Penalty | 715.06 |  |
|  | 10/11/2021 | Late Payment Penalty | 110.01 |  |
| Form 941 06/30/2015 | 11/09/2015 | Tax | $6,787.17 | $15,783.32 |
|  | 11/09/2015 | Late Filing Penalty | 576.14 |  |

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 10/30/2025 with interest |
|---|---|---|---|---|
| | 11/09/2015 | Deposit Penalty | 620.87 | |
| | 11/09/2015 | Late Payment Penalty | 135.74 | |
| | 12/14/2015 | Deposit Penalty | 339.36 | |
| | 12/14/2015 | Late Payment Penalty | 33.94 | |
| | 05/16/2016 | Late Payment Penalty | 150.40 | |
| | 09/19/2016 | Late Payment Penalty | 224.05 | |
| | 10/09/2017 | Late Payment Penalty | 832.19 | |
| | 10/11/2021 | Late Payment Penalty | 224.06 | |
| Form 941 09/30/2015 | 03/14/2016 | Tax | $7,253.92 | $18,813.47 |
| | 03/14/2016 | Late Filing Penalty | 1,305.71 | |
| | 03/14/2016 | Deposit Penalty | 725.39 | |
| | 03/14/2016 | Late Payment Penalty | 181.35 | |
| | 04/18/2016 | Deposit Penalty | 362.70 | |
| | 04/18/2016 | Late Payment Penalty | 36.27 | |
| | 09/19/2016 | Late Payment Penalty | 209.16 | |
| | 10/09/2017 | Late Payment Penalty | 943.01 | |
| | 10/11/2021 | Late Payment Penalty | 362.69 | |
| Form 941 12/31/2015 | 03/28/2016 | Tax | $7,750.20 | $17,636.55 |
| | 03/28/2016 | Deposit Penalty | 775.02 | |
| | 03/28/2016 | Late Payment Penalty | 77.50 | |
| | 05/02/2016 | Deposit Penalty | 387.51 | |
| | 05/02/2016 | Late Payment Penalty | 77.50 | |
| | 05/19/2016 | Late Payment Penalty | 271.26 | |
| | 10/09/2017 | Late Payment Penalty | 1,007.52 | |
| | 10/11/2021 | Late Payment Penalty | 503.76 | |
| Form 941 03/30/2019 | 06/24/2019 | Tax | $11,057.10 | $902.68 |
| | 06/24/2019 | Deposit Penalty | 568.34 | |
| Form 941 09/30/2019 | 12/30/2019 | Tax | $13,768.34 | $19,468.23 |
| | 12/30/2019 | Deposit Penalty | 1,376.83 | |
| | 13/30/2019 | Late Payment Penalty | 98.09 | |
| | 02/03/2020 | Deposit Penalty | 490.43 | |
| | 02/03/2020 | Late Payment Penalty | 98.08 | |
| | 10/11/2021 | Late Payment Penalty | 1,912.67 | |
| | 10/10/2022 | Late Payment Penalty | 343.30 | |
| Form 941 12/30/2019 | 03/30/2020 | Tax | $13,357.25 | $17,159.16 |
| | 03/30/2020 | Deposit Penalty | 1,010.50 | |
| | 03/30/2020 | Late Payment Penalty | 92.92 | |

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 10/30/2025 with interest |
|---|---|---|---|---|
| | 05/04/2020 | Late Payment Penalty | 92.92 | |
| | 08/10/2020 | Late Payment Penalty | 139.37 | |
| | 10/11/2021 | Late Payment Penalty | 882.73 | |
| | 10/10/2022 | Late Payment Penalty | 1,115.02 | |
| Total | | | | $201,208.20 |

13. A delegate of the Secretary of the Treasury gave notice and demand for payment of the Tax Liabilities described above to Joe C. Dalton and later to Tom E. Dalton.

14. Despite notice and demand for payment, the Tax Liabilities described above remain unpaid.

15. As of October 30, 2025, the unpaid balance of the Tax Liabilities including accruals of interest and any additional penalties is $201,208.20.

16. Pursuant to 26 U.S.C. §§ 6321 and 6322, statutory federal tax liens arose on the dates of the above assessments and attached to all property and rights to property belonging to Joe C. Dalton, including the Real Properties.

17. Additionally, as shown in Exhibit 2 attached hereto, the Internal Revenue Service publicly filed Notices of Federal Tax Lien ("NFTL") in the Hamilton County Texas deed records for the Tax Liabilities in accordance with 26 U.S.C. § 6323(f) on the following dates:

| Date NFTL Filed | Type of Tax | Tax Periods Ending |
|---|---|---|
| 02/16/2017 | Forms 940 | 2011 and 2014 |
| 02/16/2017 | Forms 941 | 06/30/2014 through 12/31/2015 |
| 05/03/2021 | Forms 941 | 03/31/2019, 09/30/2019, 12/31/2019 |

18. The federal tax liens described above are superior to any interest in the Real Properties held by Defendant Tom E. Dalton.

19. Pursuant to 26 U.S.C. § 7403, the United States is entitled to enforce the federal tax liens described above against the Real Properties by foreclosure sale or other court orders. In particular, the United States is entitled to have the entire Real Properties sold in a judicial sale, or by a receiver appointed for that purpose, free and clear of all rights, titles, claims, liens, and interests of the parties, including any rights of redemption, with the proceeds of the sale distributed: first, to pay the costs and expenses of the sale, including any costs and expenses incurred to secure and maintain the Real Properties; second, to the Hamilton County Defendants to pay any real estate taxes due and owing which are entitled to priority under 26 U.S.C. § 6323(b)(6); third, to the United States to pay the Tax Liabilities of Joe C. Dalton described above; and, fourth, any remaining proceeds to Tom E. Dalton or as otherwise determined by the Court in accordance with the law.

**Prayer**

WHEREFORE, the United States of America prays for a judgment determining:

1. The federal tax liens securing the Tax Liabilities of Joe C. Dalton described in this complaint shall be foreclosed or enforced by other court orders against the Real Properties by a judicial sale, or by a receiver appointed for that purpose, free and clear of all rights, titles, claims, liens, and interests of the parties, including any rights of redemption, with the proceeds of the sale distributed: first, to pay the costs and expenses of the sale, including any costs and expenses incurred to secure and maintain the Real Properties; second, to Hamilton County Defendants to pay any real estate taxes due and owing which are entitled to priority under 26 U.S.C. § 6323(b)(6); third, to the plaintiff United States to pay the Tax Liabilities of Joe C. Dalton set forth above; and, fourth, any remaining proceeds to Tom E. Dalton or as otherwise determined by the Court in accordance with the law; and

2. Awards the United States such other and further relief as this Court deems just and proper, including its costs incurred in this action and for any surcharge authorized by 28 U.S.C. § 3011.

Respectfully submitted,

/s/ *Andrew L. Sobotka*
Andrew L. Sobotka
Texas Bar No. 18819900
U. S. Department of Justice, Tax Division
1700 Pacific Avenue, Suite 3700
Dallas, Texas 75201
214-880-9736
214-880-9741 (fax)
Andrew.L.Sobotka@usdoj.gov
Attorney for the United States